# MEMORANDA

OF

DECISIONS RENDERED WITHOUT EXTENDED OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

---

No. 5,488.—In re Estate of JOHN N. W. BIELENBERG,
Deceased. CHAS. P. H. BIELENBERG et al., Respond-
ents, v. FIRST PRESBYTERIAN CHURCH OF DEER
LODGE, MONTANA, et al., Appellants.

*Appeal from District Court, Powell County.*

Decided February 19, 1924.

PER CURIAM.—The motion of appellants to dismiss the
appeal in the above-entitled cause is granted and the appeal is
dismissed.

*Messrs. Scharnikow & Paul, Messrs. Day & Choate,* and
*Messrs. Gunn, Rasch & Hall,* for Appellants.

---

No. 5,485.—GEORGE WEST, Sr., Respondent, v. H. H. Mc-
GOVERN, Appellant.

*Appeal from District Court, Flathead County.*

Decided February 28, 1924.

PER CURIAM.—The motion of the respondent to dismiss
the appeal herein on the ground of laches for failure of appel-
lant to file his transcript within the time allowed by law is
granted and the appeal ordered dismissed.

*Messrs. Foot & Foot,* for Respondent.